**Electronically Filed
Supreme Court
SCWC-18-0000599
29-SEP-2020
03:08 PM**

SCWC-18-0000599

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

STATE OF HAWAIʻI,
Respondent and Petitioner/Plaintiff-Appellee,

vs.

SUSAN E. SHAW,
Petitioner and Respondent/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-18-0000599; 1CPC-17-0001118)

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ.,
and Circuit Judge Nakasone, assigned by reason of vacancy)

Respondent and Petitioner/Plaintiff-Appellee, State of

Hawaiʻi's application for writ of certiorari filed on

August 19, 2020, is hereby rejected.

DATED:  Honolulu, Hawaiʻi, September 29, 2020.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Karen T. Nakasone

